AO 91 (Rev 8/01) Criminal Complaint

Case 7:21-mj-01386 Document 1 Filed on 06/24/21 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED
June 24, 2021
Nathan Ochsner, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Angel Jauregi-Gonzalez     Mexico
YOB: 1995

## CRIMINAL COMPLAINT

Case Number:
**M-21-1386-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 23, 2021** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Sebastian Guzman-Mendez, citizen and national of Mexico, along with six (6) other undocumented aliens for a total of seven (7), who had entered the United States in violation of law, did knowingly transport, or move, or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Donna, Texas to the point of arrest near Donna, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On June 23, 2021, a Border Patrol Agent was conducting line watch operations south of Farm to Market 493 Road in Donna, Texas. This area is notorious for alien and narcotic smuggling activities due to the proximity of the Rio Grande River.
The Agent observed a red Ford Mustang with a single occupant driving south passed his location. Within minutes the Agent saw the same red Ford Mustang driving at a high rate of speed with multiple occupants inside. The Agent followed the vehicle in an unmarked vehicle at a safe distance advising neaby agents the direction of travel. The Agent saw the vehicle make a turn south on FM 493 and was able to see the driver wearing a red shirt. An Agent in a marked vehicle travelling north observed the red Ford Mustang drive by him at a high rate of speed. The Agent in the marked vehicle turned his emergency equipment on to attempt to stop the Mustang.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

Complaint authorized by AUSA S. Greenbaum

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/S/ Jose E. Diaz
Signature of Complainant

Jose E. Diaz     Border Patrol Agent
Printed Name of Complainant

6/24/21 at 4:32 PM     at    McAllen, Texas
Date     City and State

J Scott Hacker     , U. S. Magistrate Judge
Name and Title of Judicial Officer     Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

#### ATTACHMENT TO CRIMINAL COMPLAINT:

#### M-21-1386-M

**RE:** **Angel Jauregi-Gonzalez**

**CONTINUATION:**

Moments later, the driver of the Mustang, later identified as Angel Jauregi-Gonzalez, made a sudden stop in an open field. The agent saw the driver of the vehicle exit the Mustang and was apprehended. Multiple subjects exited the vehicle in all directions and were apprehended by responding Agents. A total of eight (8) subjects including the driver of the Mustang were apprehended and taken to the Weslaco Border Patrol Station for processing.

Angel Jauregi-Gonzalez, a citizen of Mexico, was read his Miranda rights and agreed to provide a sworn statement.

Jauregi stated he was contacted by a male and asked to pick up illegal aliens. Jauregi agreed to pick up illegal aliens and transport them to an unknown location. Jauregi admitted he was going to receive $200 per illegal alien he picked up. Jauregi stated shortly after he picked up the illegal aliens he was followed by police and arrested.

Sebastian Guzman-Mendez, a citizen of Mexico, was read his Miranda Rights and agreed to provide a sworn statement.

Guzman stated he crossed the river on the morning of June 23, 2021. Guzman indicated after crossing the river he was picked up by a red car. Guzman said the driver of the vehicle had a red shirt and added the driver told him to get in the vehicle.

Guzman identified Angel Jauregi-Gonzalez, through a photo lineup, as the driver of the red car.